IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:01CR311
                               )
      v.                       )
                               )
WILLIAM HAWKINS,               )         ORDER
                               )
            Defendant.         )
_____)
```

　　　　　This matter came on for final disposition on the petition for revocation of supervised release (Filing No. 32). On January 16, 2009, the parties and counsel appeared. At that time, the defendant admitted to the allegations contained in the petition. The Court accepted the admissions, found the defendant in violation of his terms of supervised release, and the matter was continued for final disposition to determine if final arrangements could be made to place the defendant in the CH Facility in Council Bluffs, Iowa.

　　　　　Those arrangements have now been made, and defendant is to report to that facility on March 20, 2009, when the facility will be available to receive him. Accordingly,

　　　　　IT IS ORDERED that defendant shall remain in custody of the United States Marshal pending his reporting to CH. His custody shall terminate on March 20, 2009, at which time the office of the Federal Public Defender shall transport defendant to the CH facility. He will be placed back on supervised release

for a term of 55 months, subject to the same terms and conditions of supervised release originally ordered, with the additional term of supervised release as follows:

> The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. § 3563(b)(11).

DATED this 18th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court